IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID MORRIS BRADLEY, | § | |
| CID # 887594, | § | |
|     PETITIONER, | § | |
| | § | |
| V. | § | NO. 3:03-CV-616-M |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
|     RESPONDENT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On April 25, 2005, United States Magistrate Judge Irma Carrillo Ramirez made Findings, Conclusions and a Recommendation. No objections were filed. The Court thus reviews the Findings, Conclusions and Recommendation for plain error. Finding no plain error, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this _15_ day of _May_, 2005.

_____
UNITED STATES DISTRICT JUDGE